# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL L. BASTIAN, | : |
| Plaintiff | : |
| v. | : CIVIL NO. 3:CV-17-1720 |
| UNION COUNTY JAIL, | : (Judge Caputo) |
| Defendant | : |

## ORDER

**AND NOW**, this 31st of **MAY 2019**, in accordance with the accompanying Memorandum, it is **ORDERED** that:

1. Mr. Bastian's civil rights action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court shall **CLOSE** this case.

_____
**A. RICHARD CAPUTO**
**United States District Judge**